UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIKO G. E., | ) | CASE NO. CV 20-934-AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and the decision of the Commissioner is reversed and the matter is remanded for reconsideration of Plaintiff's allegations, including in light of the longitudinal medical records, consistent with the Memorandum Opinion and Order.

DATED: March 16, 2021

_____
ALICIA G. ROSENBERG
United States Magistrate Judge