1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
9

10  MARIKO GHANINEJAD ESFAHANI,)   Case No.: 2:20-00934 AGR
                              )
11        Plaintiff,          )   ~~(PROPOSED)~~ ORDER AWARDING
                              )   EQUAL ACCESS TO JUSTICE ACT
12        vs.                 )   ATTORNEY FEES AND EXPENSES
                              )   PURSUANT TO 28 U.S.C. § 2412(d)
13  ANDREW SAUL,              )
    Commissioner of Social Security, )
14                            )
          Defendant           )
15                            )
                              )
16

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $3,931.73 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE:   June 16, 2021              *alicia G. Rosenberg*

23                                    _____
                                      THE HONORABLE ALICIA G. ROSENBERG
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

                                   -1-